# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

FLORIDA HEALTH SCIENCES CENTER, INC., d/b/a Tampa General Hospital,

Petitioner,

v.

MARUIZ MARRERO ILLARAZA, as personal representative of the Estate of Francisco Hermes Rafael Velazquez Vargas, deceased.

Respondent.

No. 2D23-1625

_____

April 3, 2024

Petition for Writ of Certiorari to the Circuit Court for Hillsborough County; Caroline Tesche Arkin, Judge.

Bryan D. Hull, James J. Evangelista, Lauren B. Yevich of Bush | Ross, P.A., Tampa, for Petitioner.

John W. Dill of John W. Dill, PA, Winter Park, for Respondent.

PER CURIAM.

Dismissed.

SLEET, C.J., and NORTHCUTT, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior publication.